IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO. LTD., SAMSUNG ELECTRONICS AMERICA, INC. AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, <br><br> Defendants. | C.A. 12-00069-LPS |

**JOINT INTERIM STATUS REPORT**

Pursuant to Paragraph 10 of the Scheduling Order entered on June 10, 2021 (D.I. 91), Plaintiff St. Clair Intellectual Property Consultants, Inc. ("St. Clair") and Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC ("Defendants") (together "the Parties") submit this Joint Interim Status Report.[1]

## I.   NATURE OF THE CASE

This is a patent infringement case involving United States Patent 5,710,929 entitled "Multi-State Power Management for Computer Systems" ("the '929 Patent"), 5,892,959 entitled "Computer Activity Monitor Providing Idle Thread and Other Event Sensitive Clock Power Control" ("the '959 Patent"), and 6,079,025 entitled "System and Method of Computer

---

[1] Defendants state that, on January 1, 2015, Samsung Telecommunications America, LLC merged into Samsung Electronics America, Inc. *See* D.I. 43.

Operating Mode Control for Power Consumption Reduction" ("the '025 Patent"). St. Clair has asserted claims 9–11 of the '929 Patent, claim 7 of the '959 Patent, and claim 38 of the '025 Patent.

## II. PROGRESS OF DISCOVERY TO DATE

On June 29, 2021, the Parties exchanged Initial Disclosures.

On July 13, 2021, St. Clair identified the Samsung Android products that St. Clair has accused of infringement, the asserted patent claims which the products allegedly infringe, and its damages disclosure. (D.I. 91 at ¶ 3(a)ii.) St. Clair also produced the file histories for each asserted patent and any patent to which the asserted patents claim priority. Further, St. Clair provided copies of invalidity contentions served on St. Clair in connection with prior litigation involving the asserted patents, and documents relating to the patents-in-suit, prior litigation involving the patents-in-suit, license agreements involving the patents-in-suit and other related documents.

On September 24, 2021, Defendants produced the core technical documents sufficient to show the operation of Defendants' Android mobile and tablet products sold in the United States. (D.I. 91 at ¶ 3(a)iii.) Defendants also produced sales figures for Defendants' Android mobile and tablet products sold in the United States. (*Id*.)

On November 5, 2021, St. Clair provided Defendants with initial infringement claim charts. On December 7, 2021, Defendants served their initial invalidity contentions. (D.I. 91 at ¶ 3(a)iv-v.)

The parties have identified the claim terms of the '925, '929 and '025 Patents that are in dispute and exchanged proposed construction of the disputed claim terms. The Court has set a briefing schedule for claim construction. (D.I. 91 at ¶ 12.) The Parties' Joint Claim Construction Brief is due on April 27, 2022. (*Id.*) At this time, the Parties do not see any reason to move the date for filing the Joint Claim Construction Brief.

### III.  THE PASSING OF ST. CLAIR'S PRINCIPAL

St. Clair wanted to bring to the Court's attention the fact that Mr. Edmund Chung, former owner and CEO of St. Clair, passed away on November 29, 2021. St. Clair is presently owned by the Estate of Edmund Chung and is being administered by the Executor of the Estate of Edmund Chung since the probate court's appointment on January 21, 2022.

### IV.  ISSUES THAT MAY NEED TO BE ADDRESSED

There are no pending motions before the Court. On April 27, 2022, the parties will submit the joint claim construction brief to the Court.

St. Clair understands that the Accused Products may use source code, some of which may contend to be confidential, but utilizes "off the shelf," "open source" or publicly available source code. St. Clair states that, to date, no confidential source code has been made available by Defendants as part of the production of core technical document production. Defendants respectfully state that the Court did not adopt St. Clair's proposal to depart from its Form Scheduling Order for Non-ANDA cases and require an early source code production prior to service of initial infringement contentions. (D.I. 91 at 2.) St. Clair contends that the Court did not choose between the Parties' competing language in the Scheduling Order:

> [Plaintiffs Proposal: If requested by Plaintiff, Defendant shall make relevant source code in its possession, custody, and control available for inspection as part of its production of core technical documents.] [Defendants' Position: Defendants respectfully propose that the Court apply the provision from its Form Scheduling Order for Non ANDA cases and the Default Standard for Discovery, and not require the production of source code as part of the core technical document production provided before initial infringement contentions.]

(D.I. 91 at 2). The Parties will meet and confer regarding the production of any confidential source code if necessary.

Defendants further state that they are evaluating St. Clair's infringement contentions, further in light of St. Clair's claim construction positions, and have significant concerns as to the adequacy of those contentions. Defendants expect to circulate shortly to St. Clair detailed correspondence regarding these issues and to meet and confer with St. Clair regarding the adequacy of the contentions. St. Clair states that Samsung has not raised the issue with St. Clair and St. Clair respectfully disagrees with Samsung's position. Should Samsung raise any issues with respect to the adequacy of the contentions, the Parties will meet and confer as to those contentions.

To date, no depositions have been taken. Fact discovery is scheduled to conclude on July 26, 2022 (D.I. 91 at ¶ 4.a.).

Respectfully submitted,

| | |
|---|---|
| */s/ Adam W. Poff* | */s/ Ronald P. Golden III* |
| Adam W. Poff (No. 3990) | Stephen B. Brauerman (No. 4952) |
| Pilar G. Kraman (No. 5199) | Ronald P. Golden III (No. 6254) |
| Young Conaway Stargatt & Taylor, LLP | BAYARD, P.A. |
| Rodney Square | 600 N. King Street, Suite 400 |
| 1000 North King Street | P.O. Box 25130 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| apoff@ycst.com | (302) 429-4208 |
| pkraman@ycst.com | Fax: (302) 658-6395 |
| | sbrauerman@bayardlaw.com |
| Daniel E. Valencia | rgolden@bayardlaw.com |
| Richard L. Rainey | |
| Paul J. Wilson | Of Counsel: |
| Jared Frisch | Arthur A. Gasey |
| Daniel W. Cho | Dean D. Niro |
| Kee Young Lee | Oliver D. Yang |
| Covington & Burling LLP | VITALE, VICKREY, NIRO & GASEY LLP |
| One City Center | 311 S. Wacker Drive, Suite 2470 |
| 850 Tenth Street, N.W. | Chicago, IL 60606 |
| Washington DC 20001 | (312) 236-0733 |

| | |
|---|---|
| dvalencia@cov.com <br> rrainey@cov.com <br> pwilson@cov.com <br> jfrisch@cov.com <br> dwcho@cov.com <br> kylee@cov.com <br><br> *Attorneys for Samsung Electronics Co. Ltd., Samsung Electronics America Inc. and Samsung Telecommunications America, LLC* | Fax: (312) 236-3137 <br> gasey@vvnlaw.com <br> dniro@vnlaw.com <br> oyang@vvnlaw.com <br><br> *Attorneys for Plaintiff St. Clair Intellectual Property Consultants, Inc.* |